precise time of the shooting is uncertain, the extrinsic evidence offered does not foreclose defendants' participation in the crime. Where, as here, the trial judge's finding was based on sufficient evidence, this court will not reverse. We find the defendants were afforded a fair trial and that their guilt was established beyond a reasonable doubt.

The judgments of the circuit court are affirmed.

Affirmed.

SULLIVAN, P. J., and BARRETT, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* PAUL ROBINSON, Defendant-Appellant.

(No. 58088;

First District (1st Division)—April 22, 1974.

PER CURIAM.

BURKE, J., took no part.

James J. Doherty, Public Defender, of Chicago (Richard D. Kharas, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and John B. Adams, Assistant State's Attorneys, of counsel), for the People.